JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOSE CERTAIN UNDERWRITERS AT LLOYD'S, LONDON, subscribing to Policy No. SUA WS20214-1801<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>VOIP GUARDIAN LLC, a Delaware limited liability company; et al.<br><br>　　　　Defendants. | Case No. 2:23-cv-03710-DSF-MRW<br><br>**ORDER AND CONSENT JUDGMENT** |

　　　This matter is before the Court on the Motion for Entry of Consent Judgment filed by the Plaintiffs, THOSE CERTAIN UNDERWRITERS AT LLOYD'S, LONDON SUBSCRIBING TO POLICY NO. SUA WS20214-1801 ("UNDERWRITERS"), and the Defendants, VOIP GUARDIAN LLC, VOIP GUARDIAN PARTNERS II, LLC, RODNEY OMANOFF, RICHARD OMANOFF, OMANOFF AMERICA, LLC, OMANOFF AMERICA TELECOM, LLC, and CONTACTS & CONTRACTS, LLC (collectively, "DEFENDANTS"). [ECF 42].

　　　UNDERWRITERS and DEFENDANTS have settled this matter pursuant to the Settlement Agreement filed with the Court in support of this motion, the terms of which provide for the substance of this Consent Judgment and Order, and have stipulated to this Consent Judgment and Order so as to effectuate the mutual release of all claims that were or could have been brought in this litigation, whether known or unknown.

　　　For the reasons stated by the parties in their joint motion, and for cause shown, the Court hereby enters the following order and judgment:

**IT IS ORDERED, ADJUDGED, AND DECREED** that:

(1) By mutual consent of the parties thereto, the policy of professional services liability insurance issued by UNDERWRITERS to VOIP GUARDIAN LLC, Policy No. SUA WS20214-1801, with a Policy Period September 1, 2018 to September 1, 2019, with extended reporting period through September 1, 2020 (the "Policy"), is rescinded in its entirety, is void *ab initio*, and is no longer in, and has no further, force or effect.

(2) UNDERWRITERS do not owe DEFENDANTS any duty or obligation under the Policy to defend or indemnify DEFENDANTS against any past, present, or future claims, demands, or suits, including without limitation the DLI Lawsuit, the Wavecrest Lawsuit, and the VoIP Lawsuit, as those proceedings are defined in UNDERWRITERS' Complaint.

(3) This Court shall retain jurisdiction of this action for purposes of enforcing compliance with the terms of, and to adjudicate any other dispute arising out of in connection with, the Settlement Agreement and this Consent Judgment and Order.

IT SO ORDERED.

Dated: June 11, 2024

_____
Hon. Dale S. Fischer
United States District Judge